## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge William J. Martínez

Criminal Case No. 14-cr-0362-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    DANIEL AYCINENA FERNANDEZ,
2.    JASON SCOTT SOLAN,
3.    JOSE ALEJANDRO MELGAR-RECINOS,
4.    JEREMY EDWARD WORTMAN,
5.    DEWO CHENGBERLIN,
6.    BRADEN DAVIES,
7.    SYED I. SHAH, and
8.    YERESON BACHANET PEREDA

    Defendants.

## ORDER REGARDING JOINT DEFENSE AGREEMENT DISCLOSURES

This matter comes before the Court *sua sponte*. This Court has the inherent authority to require disclosure of the precise nature of a criminal defendant's representation to ensure that no conflict of interest exists which would deprive a defendant of his Sixth Amendment right to effective assistance of counsel. See *United States v. Stepney*, 246 F.Supp.2d 1069 (N.D. Cal. 2003). Accordingly the Court ORDERS as follows:

    1.    On or before November 18, 2014, any Defendant who has entered into a Joint Defense Agreement shall submit such Agreement to the Court (filed under Restriction Level 3) for *in camera* review.

2. On or before November 18, 2014, any Defendant who has had his or her Initial Appearance prior to that date, and who as of that date has not entered a Joint Defense Agreement, shall submit a filing (under Restriction Level 3) informing the Court of as much.

3. Should any Defendant contemplate entering into a Joint Defense Agreement after this Order, that Defendant shall submit such Agreement to the Court (filed under Restriction Level 3) **for *in camera* review PRIOR TO ITS EXECUTION.**

Dated this 4th day of November, 2014.

BY THE COURT:

_____
William J. Martínez
United States District Judge