# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge William J. Martínez

Criminal Case No. 14-cr-0362-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    **DANIEL AYCINENA FERNANDEZ,**
2.    **JASON SCOTT SOLAN,**
3.    **JOSE ALEJANDRO MELGAR-RECINOS,**
4.    **JEREMY EDWARD WORTMAN,**
5.    **DEWO CHENGBERLIN,**
6.    **BRADEN DAVIES,**
7.    **SYED I. SHAH, and**
8.    **YERESON BACHANET PEREDA**

    Defendants.

## ORDER REGARDING SPEEDY TRIAL

This matter comes before the Court to clarify the speedy trial calculations under 18 U.S.C. § 3161, which generally provides that a trial

> shall commence within seventy days from the filing date . . . of the information or indictment, or from the date the defendant has appeared before judicial officer of the court in which such charge is pending, whichever date last occurs.

As set forth below, the seventy-day period applicable to defendants Jason Scott Solan and Jose Alejandro Melgar-Recinos began to run on June 16, 2015.

On September 10, 2014, an indictment was returned which charged eight defendants, including Solan and Melgar-Recinos with various drug and money laundering offenses. Defendants Fernandez, Chengberlin, Davies, and Shah were

located in Canada and extradition proceedings began promptly. Defendant Pereda was not located immediately, and he remains a fugitive.

Initial appearances were held for defendant Solan on October 28, 2014, and for defendant Melgar-Recinos on October 31, 2014.

Subsequently, the government diligently pursued extradition of the four defendants in Canada and has sought numerous records from Canada through Mutual Legal Assistance Treaty (MLAT) requests. As of June 16, 2015, extradition proceedings are still pending in Canada and additional MLAT requests are expected. On June 16, 2015, the Court granted a motion to sever the trial of defendants Solan and Melgar-Recinos from the remaining defendants in the Indictment.

Under 18 U.S.C. § 3161(h)(1)(6), "[a]ny period of delay when the defendant is joined for the trial with a co-defendant as to whom the time for trial has not run and no motion for severance has been granted" is excluded from the calculation fo the seventy-day speedy trial "clock". In this case, the seventy-day period applicable to defendants Fernandez, Chengberlin, Davies, Shah, and Pereda has not yet begun to run because they have not had initial appearances in this District.

WHEREFORE, the seventy-day period under the Speedy Trial Act within which a defendant must be tried did not begin to run as to defendant must be tried did not begin to run as to defendant Solan and Melgar-Recinos until June 16, 2015, when severance was granted.

Dated this 26th day of June, 2015.

BY THE COURT:

_____
William J. Martinez
United States District Judge